**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR      :      Fridline v. Interest
ADMISSION TO PRACTICE IN THIS COURT  :      Media, Inc.
                                                               4:24-cv-01770-MWB

## PETITION

I, __Anthony Paronich_____ , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:          350 Lincoln Street, Suite 2400
                                        _____
                                        Hingham, MA 02043
                                        _____

                                        _____
Office Telephone:              (617) 485-0018
                                        _____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

*District of Massachusetts* (11/23/2010), *Northern District of Illinois* (7/11/2018),

Eastern District of Michigan (5/2/2014), Western District of Wisconsin (10/9/2014)

My attorney Identification number is: __678437_____

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/Matthew W. Brann*_____     Date:__10/21/2024__
                                        Matthew W. Brann
                                        Chief United States District Judge