## AFFIDAVIT OF SERVICE

| Case:<br>4:24-cv-01770-MWB | Court:<br>United States District Court for the Middle District of Pennsylvania | County: | Job:<br>12038102 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Zachary Fridline | | **Defendant / Respondent:**<br>Interest Media, Inc | |
| **Received by:**<br>Delaware Detective Group, LLC | | **For:**<br>Perrong Law, Esq | |
| **To be served upon:**<br>Interest Media, Inc c/o VCorp Services, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Robin Banks, Company: 108 W. 13th Street Suite 100, Wilmington, Delaware 19801

**Manner of Service:**   Registered Agent, Oct 22, 2024, 10:25 am EDT

**Documents:**   Summons in a Civil Action, Jury Trial Demanded, Plaintiff's Class Action Complaint, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: Oct 22, 2024, 10:25 am EDT at Company: 108 W. 13th Street Suite 100, Wilmington, Delaware 19801 received by Robin Banks. Age: 60's; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Intake Specialist;

_____     10/22/24
Stephen Kempski                     Date

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

Oct 22, 2024              Feb 3, 2026
Date                     Commission Expires

DELIA KEMPSKI
MY COMMISSION
EXPIRES
FEB. 03, 2026
NOTARY PUBLIC
STATE OF DELAWARE



Delaware Detective Group, LLC
364 E. Main Street
Suite 309
Middletown, Delaware 19709
Phone (302) 373-3678
Tax ID#: 32-0285966

# INVOICE

INVOICE # 24PS00675
DATE: 10-22-24

**TO:**
Perrong Law, LLC

**FOR:**
Interest Media, Inc

| DATE | DESCRIPTION | HOURS OR MILEAGE | RATE | AMOUNT |
|---|---|---|---|---|
| 10-22-24 | Service of Process | | | $50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Balance Due | | | $50.00 |
| | | | TOTAL | $50.00 |

**Make all checks payable to** Delaware Detective Group, LLC
**Total due in 30 days.** Overdue accounts subject to a service charge of 3% per month.

**THANK YOU FOR YOUR BUSINESS!**