## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 4:24-cv-01770-MWB |
| | : |
| INTEREST MEDIA, INC., | : |
| | : |
| Defendants. | : |

### NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly enter the appearance of Hyun (Eric) Yoon, Esquire, of the law firm Polsinelli PC on behalf of Defendant Interest Media, Inc. in the above-captioned matter.

Date: November 20, 2024            Respectfully submitted,

**POLSINELLI PC**

*/s/ Hyun (Eric) Yoon*
Hyun (Eric) Yoon (PA ID #323706)
1717 Arch Street, Suite 2800
Polsinelli PC
Philadelphia, PA 19103
Telephone: (215)-267-3001

*Attorneys for Interest Media, Inc*