## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 20, 2024, I served or caused to be served true and correct copies of the foregoing on all counsel of record.

                                    */s/ Hyun (Eric) Yoon*
                                    *Attorney for Defendant Interest Media, Inc.*