**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZACHARY FRIDLINE,<br><br>　　Plaintiff<br><br>vs.<br><br>INTEREST MEDIA, INC.,<br><br>　　Defendant | Case No. 4:24-cv-01770-MWB<br>Hon. Matthew W. Brann |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 7.1. Defendant, Interest Media, Inc. Inc. ("Defendant"), by and through its undersigned counsel, files this Consent Motion for Defendant to Respond to the Complaint ("Motion"). Plaintiff consents to this Motion, and in support thereof, Defendant states as follows:

1. The docket reflects that service of the Complaint was made on October 22, making the original deadline for Defendant to respond was November 12, 2024.

2. Out-of-state Defendant, located in the state of Missouri, worked to obtain local counsel, resulting in a short delay.

3. On October 30, 2024, the parties reached an agreement to extend the time for Defendant to respond to the Complaint for 30 days or up to and including December 12, 2024.

4. This is Defendant's first request for any extension.

DATED: November 20, 2024   Respectfully submitted,

                                            POLSINELLI PC

                                            By:  /s/ *Hyun (Eric) Yoon*
                                                    Hyun (Eric) Yoon (Pennsylvania Bar No. 323706)
                                                    Three Logan Square
                                                    1717 Arch Street, Suite 2800
                                                    Philadelphia, PA 19103
                                                    Phone: (215) 267-3026
                                                    Fax No.: (215) 754-5146
                                                    eyoon@polsinelli.com

                                            *Attorneys for Interest Media, Inc.*