**CERTIFICATE OF CONCURRENCE**

Plaintiff consents to Defendant's Motion for Extension of Time to Respond to the Complaint for an additional 30 days or up to and including December 12, 2024.

Respectfully submitted,

Perrong Law LLC

By:  /s/*Andrew Roman Perrong* (with permission)
Andrew Roman Perrong, Esquire
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Tel: 215.225.5529
Fax: 888.329.0305
a@perronglaw.com

/s/ *Anthony I. Paronich* (with permission)
Broderick Law, P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
Tel: 508.221.1510
anthony@paronichlaw.com

*Attorneys for Plaintiff Zachary Fridline*