**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZACHARY FRIDLINE, : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> INTEREST MEDIA, INC., : <br> : <br> Defendant : <br> : | Case No. 4:24-cv-01770-MWB <br> Hon. Matthew W. Brann |

**[PROPOSED] ORDER**

This Court having reviewed and considered the Consent Motion for Extension of Time to Respond to the Complaint by Defendant Interest Media, Inc., and for good cause shown:

IT IS ORDERED that the Consent Motion is GRANTED and that Defendant shall have up to and including December 12, 2024, to respond to Plaintiff's Complaint (Dkt. 1).


DATED this _____ day of November 2024.

                                                BY THE COURT:


                                                _____
                                                HON. MATTHEW W. BRANN
                                                U.S. DISTRICT COURT JUDGE