## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Roman Perrong, Esquire
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Tel: 215.225.5529
Fax: 888.329.0305
a@perronglaw.com

Anthony I. Paronich
Broderick Law, P.C..
350 Lincoln Street
Suite 2400
Hingham, MA 02043
Tel: 508.221.1510
anthony@paronichlaw.com

*Attorneys for Plaintiff Zachary Fridline*


                                              */s/ Hyun (Eric) Yoon*
                                              ATTORNEY FOR DEFENDANT