**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZACHARY FRIDLINE, | : | |
| Plaintiff | : | Case No. 4:24-cv-01770-MWB |
| | : | Hon. Matthew W. Brann |
| vs. | : | |
| INTEREST MEDIA, INC., | : | |
| Defendant | : | |

**ORDER**

November 21, 2024

This Court having reviewed and considered the Consent Motion for Extension of Time to Respond to the Complaint by Defendant Interest Media, Inc., and for good cause shown:

IT IS ORDERED that the Consent Motion is GRANTED and that Defendant shall have up to and including December 12, 2024, to respond to Plaintiff's Complaint (Dkt. 1).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief Unite States District Judge