## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, | : |
| Plaintiff, | : : : |
| v. | :   Civil Action No. 4:24-cv-01770- |
| INTEREST MEDIA, INC., | :   MWB : : |
| Defendants. | : |

## **ORDER**

**AND NOW,** this ____ day of _____, 2024, upon consideration of Defendant Interest Media Inc.'s Motion to Dismiss ("Motion") Plaintiff's Class Action Complaint ("Complaint") pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure, and any response thereto, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Complaint is **DISMISSED** in its entirety with prejudice.

_____
HON MATTHEW W. BRANN
UNITED STATES DISTRICT JUDGE

12