## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date, I caused the foregoing Motion to be filed and

served on counsel for the parties via CM/ECF.


Dated: December 12, 2024                                    */s/ Hyun (Eric) Yoon*
                                                            Hyun (Eric) Yoon