# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, | |
|     Plaintiff | Case No. 4:24-cv-01770-MWB |
| vs. | Hon. Matthew W. Brann |
| INTEREST MEDIA, INC., | |
|     Defendant | |

## ORDER

**AND NOW**, this 20th day of December 2024, upon consideration of the Consent Motion for Extension of Time to Respond to the Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED** that the Consent Motion is **GRANTED**. Plaintiff shall have up to and including January 13, 2025, to file a brief in opposition to Defendant's Motion to Dismiss.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge