# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZACHARY FRIDLINE,** | : |
| **Plaintiff** | : Case No. 4:24-cv-01770-MWB |
| vs. | : Hon. Matthew W. Brann |
| **INTEREST MEDIA, INC.,** | : |
| **Defendant** | : |

## PROPOSED ORDER DENYING DEFENDANT
## INTEREST MEDIA, INC.'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF Nos. 10, 11) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Matthew Brann, J.

1