## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, *individually and on behalf of all others similary situated*,<br><br>                          Plaintiff,<br><br>vs.<br><br>INTEREST MEDIA, INC.,<br><br>                          Defendant. | No. 4:24-cv-01770-MWB |

### SUBSTITUTION OF COUNSEL

### NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance as counsel, on behalf of Defendant Interest Media, Inc., in the above-captioned matter.

                              Respectfully submitted,

                              **MARKS, O'NEILL,
                              O'BRIEN, DOHERTY &
                              KELLY, P.C.**

                              */s/ Michael J. Joyce*
                              Michael J. Joyce, Esquire
                              I.D. No. 328837
                              1617 JFK Blvd., Ste. 1010
                              Philadelphia, PA 19103
                              215-832-4268
                              214-564-2526 Fax
                              Mjoyce@moodklaw.com

Date: May 15, 2025

## **WITHDRAW OF APPEARANCE**

**TO THE CLERK:**

 Kindly withdraw my appearance as co-counsel, on behalf of Defendant Interest Media, Inc., in the above-captioned matter.

           Respectfully submitted,

           **POLSINELLI PC**

           ***/s/ Hyun (Eric) Yoon***
           Hyun (Eric) Yoon
           Atty ID 32706
           1717 Arch Street, Suite 2800
           Philadelphia, PA 19103
           215-498-3936
           eyoon@polsinelli.com

Date: May 15, 2025