### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, *individually and on behalf of all others similary situated*,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>INTEREST MEDIA, INC.,<br>　　　　　　　　　　Defendant. | No. 4:24-cv-01770-MWB |

### CERTIFICATE OF SERVICE

This is to certify that on this 15th day of May 2025, the foregoing document was electronically filed with the Clerk of the United States District Court for the Middle District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

　　　　　　　　　　**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

　　　　　　　　　　*/s/ Michael J. Joyce*
　　　　　　　　　　Michael J. Joyce, Esquire
　　　　　　　　　　I.D. No. 328837
　　　　　　　　　　1617 JFK Blvd., Ste. 1010
　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　215-832-4268
　　　　　　　　　　214-564-2526 Fax
　　　　　　　　　　Mjoyce@moodklaw.com