# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INTEREST MEDIA, INC.,<br>　　　　　　　　　　　　Defendant. | No. 4:24-cv-01770-MWB |

### DISCLOSURE STATEMENT PURSUANT TO Fed.R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Interest Media, Inc., makes the following disclosure:

Please check one box:

1. Is the party a non-governmental corporate party?

    ■ YES　　☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    No such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    No such corporation.

　　The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

*/s/ Michael J. Joyce*
Michael J. Joyce, Esquire
I.D. No. 328837
One Penn Center
1617 John F. Kennedy Blvd., Suite 1010
Philadelphia, PA  19102
mjoyce@moodklaw.com
215-564-6688
Counsel for Defendant
Interest Media, Inc.

Date: May 20, 2025

{PH677130.1}
4925-9618-5925, v. 1