IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)


ZACHARY FRIDLINE,                         )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )        Case No: 4:24-cv-01770-MWB
                                          )
INTEREST MEDIA, INC.,                     )
                                          )
        Defendant.                        )


## ENTRY OF APPEARANCE

TO THE CLERK:

        Kindly enter my appearance on behalf of defendant Interest Media, Inc., in the above-

captioned matter.


                                Respectfully Submitted,


                                WILSON, ELSER, MOSKOWITZ
                                EDELMAN & DICKER, LLP

                        By: */s/ John T. Donovan*
                                John T. Donovan
                                PA Attorney Identification No. 66494
                                Two Commerce Square
                                2000 Market Street, Suite 3100
                                Philadelphia, PA 19103
                                215-627-6900 (phone)
                                215-627-2665 (facsimile)
                                John.Donovan@wilsonelser.com
                                *Counsel for Interest Media Inc.*


291052791v.1