## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 9th day of January, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                          */s/ John T. Donovan*
                                          John T. Donovan, Esquire