## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, *individually and on behalf of all others similary situated*, | |
| Plaintiff, | No. 4:24-cv-01770-MWB |
| vs. | |
| INTEREST MEDIA, INC., | |
| Defendant. | |

## **WITHDRAW OF APPEARANCE**

**TO THE CLERK:**

Kindly withdraw my appearance as counsel, on behalf of Defendant Interest Media, Inc., in the above-captioned matter.

                                              Respectfully submitted,

                                              **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

                                              */s/ Michael J. Joyce*
                                              Michael J. Joyce, Esquire
                                              I.D. No. 328837
                                              1617 JFK Blvd., Ste. 1010
                                              Philadelphia, PA 19103
                                              215-832-4268
                                              214-564-2526 Fax
                                              Mjoyce@moodklaw.com

Date: January 12, 2026