### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Harrisburg Division)

| | |
|---|---|
| ZACHARY FRIDLINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No: 4:24-cv-01770-MWB |
| | ) |
| INTEREST MEDIA, INC., | ) |
| | ) |
| Defendant. | ) |

### UNOPPOSED MOTION TO EXTEND CASE DEADLINES AND DATES

**NOW COMES**, the Defendant, Interest Media, Inc., by its attorneys Wilson, Elser, Moskowitz, Edelman, and Dicker, LLP, moves to extend the deadlines for discovery, expert reports, dispositive motions, pre-trial and the trial date by sixty (60) days as follows:

1. This action was commenced by Complaint filed on October 16, 2024.

2. Following the resolution of its Motion to Dismiss, Moving Defendant filed its Answer with Affirmative Defenses on May 12, 2025.

3. On June 26, 2025, this Court issued a Case Management Order.

4. The close of discovery in this matter is March 2, 2026.

5. Dispositive Motions must be filed by May 6, 2026.

6. The time for plaintiff's reports retained from experts is August 3, 2026.

7. The time for plaintiff's reports retained from experts is September 3, 2026.

8. All expert discovery is to be completed by October 1, 2026.

9. Motions in Limine are to be filed by October 1, 2026.

10. Pretrial Memoranda, voir dire questions, and proposed jury instructions are to be

filed by October 19, 2026.

11. A final pre-trial conference is scheduled for October 26, 2026.

12. Although this matter was filed as a class action, no class certification motion deadline has been issued by the Court.

13. The parties are in the process of scheduling the depositions of out of state Defendants and Plaintiff.

14. The parties are continuing to exchange written discovery and non-party discovery.

15. On or about January 9, 2026, Moving Defendant retained the undersigned as counsel in this matter.

16. Moving Defendant's current counsel entered their appearance on January 9, 2026. Prior counsel withdrew from the representation on that date.

17. Current counsel has made every effort to bring themselves up to speed on this matter, which was pending nearly 15 months prior to counsel's retention.

18. Based upon its recent retention of new counsel, Moving Defendant requested Plaintiff's counsel agree to a 60 day extension of the current case deadlines.

19. Plaintiff agreed to Moving Defendant's request to extend the deadline for discovery, expert reports, and dispositive motion for sixty (60) days.

20. Moving Defendant acknowledges that under the Court's June 26, 2026 Case Management Order a request for an extension of time was to be made by February 16, 2026.

21. Counsel for Moving Defendants made every effort to educate itself about this action and complete discovery by the current deadline but were unable to do so.

22. For this reason, counsel is submitting the present unopposed Motion to Extend the Case Deadlines.

**WHEREFORE**, Defendant Interest Media, Inc., respectfully requests the extension of deadlines for discovery, expert reports, dispositive motion deadlines, and pre-trial, as well as the trial date by sixty (60) days.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/William F. McDevitt*
William F. McDevitt, Esquire
PA Bar No: 80206
Two Commerce Square
2001 Market Street, Suite 3100
215.606.3955
william.mcdevitt@wilsonelser.com
*Attorney for Defendant,*
*Interest Media, Inc.*

Dated: February 24, 2026