**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)**

| | | |
|---|---|---|
| ZACHARY FRIDLINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:24-cv-01770-MWB |
| | ) | |
| INTEREST MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**UPON CONSIDERATION** of the Unopposed Motion for an Extension of the discovery, expert report, dispositive motion, and pre-trial deadlines, and the trial date, for good cause shown, it is hereby **ORDERED** this _____ day of _____, 2026 that the Unopposed Motion for Extension of Deadlines and Dates is hereby **GRANTED.** A revised Case Management Order will be separately issued by the Court.

_____
Mathew W. Brann
Chief United States District Judge