**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**(Harrisburg Division)**

| | |
|---|---|
| ZACHARY FRIDLINE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No: 4:24-cv-01770-MWB |
| | ) |
| INTEREST MEDIA, INC., | ) |
| | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2026, a true and correct copy of the Unopposed Motion for Extension of the discovery, expert report, dispositive motion and pre-trial deadlines and trial date was served on the following via email the ECF System and email:

    Andrew Perrong, Esquire
    PERRONG LAW LLC
    2657 Mount Carmel Avenue
    Glenside, PA 19038
    a@perronglaw.com
    *Attorney for Plaintiff*

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP**

By:   */s/William F. McDevitt*
      William F. McDevitt, Esquire
      PA Bar No: 80206
      Two Commerce Square
      2001 Market Street, Suite 3100
      Telephone: 215.606.3955
      william.mcdevitt@wilsonelser.com
      *Attorney for Defendant
      Interest Media, Inc.*

Dated: February 24, 2026