**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)**

| | | |
|---|---|---|
| ZACHARY FRIDLINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 4:24-cv-01770-MWB |
| | ) | |
| INTEREST MEDIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant Interest Media, Inc., in the above-captioned matter.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP

By: */s/ William F. McDevitt*
William F. McDevitt
PA Attorney Identification No. 80206
Two Commerce Square
2000 Market Street, Suite 3100
Philadelphia, PA 19103
215-627-6900 (phone)
215-627-2665 (facsimile)
John.Donovan@wilsonelser.com
*Counsel for Interest Media Inc.*

291052791v.1