**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 24th day of February, 2026, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

                                      */s/ William F. McDevitt*
                                      William F. McDevitt, Esquire

291052791v.1