# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, | No. 4:24-CV-01770 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INTEREST MEDIA, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 27th day of February 2026, upon consideration of the motion for extension of discovery and other pretrial deadlines (Doc. 26), **IT IS HEREBY ORDERED** that the case management deadlines are amended as follows:

1. Discovery deadline: May 4, 2026

2. Dispositive motions deadline: July 6, 2026

3. All expert report deadlines are **CANCELLED** and will be rescheduled, if necessary, upon resolution of any filed dispositive motion.

4. The case is **REMOVED** from the December 2026 trial list, and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

5.  The deadlines for filing motions in limine and supporting briefs, pretrial memoranda, proposed voir dire questions and proposed jury instructions are **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

6.  The final pretrial conference scheduled for October 26, 2026 is **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

7.  This Order supersedes all previous scheduling Orders.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge