**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZACHARY FRIDLINE,** | : | |
| **Plaintiff** | : | **Case No. 4:24-cv-01770-MWB** |
| | : | **Hon. Matthew W. Brann** |
| **vs.** | : | |
| | : | |
| **INTEREST MEDIA, INC.,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

NOW COMES, the Plaintiff, Zachary Fridline, by its attorneys Perrong Law LLC, moves to extend the deadlines for discovery, expert reports, dispositive motions, pre-trial and the trial date by forty-five (45) days as follows:

1.      This action was commenced by Complaint filed on October 16, 2024.

2.      Following the resolution of its Motion to Dismiss, Moving Defendant filed its Answer with Affirmative Defenses on May 12, 2025.

3.      On June 26, 2025, this Court issued a Case Management Order.

4.      The close of discovery in this matter is May 4, 2026.

5.      Dispositive Motions must be filed by July 6, 2026.

6.      The parties are in the process of scheduling the depositions of out of state Defendants and Plaintiff.

7.      The parties are continuing to exchange written discovery and non-party discovery.

8.      The parties are working to discuss mediation, including the impact of their agreement to mediate under their proposed case management plan, which has not occurred yet.

9.      The Parties propose that the close of discovery be extended to June 18, 2026.

10.      The Parties propose that dispositive motions be filed by August 20, 2026.

11.    Defendant agreed to moving Plaintiff's request to extend the deadline for discovery and dispositive motions practice as outlined above.

12.    For this reason, counsel is submitting the present unopposed Motion to Extend the Case Deadlines.

WHEREFORE, the Parties respectfully request the extension of deadlines for discovery and dispositive motions by forty-five (45) days.

RESPECTFULLY SUBMITTED AND DATED April 28, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, a copy of the foregoing was served electronically via CM/ECF.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*