**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ZACHARY FRIDLINE,                       :
                                        :
    **Plaintiff**                       :    **Case No. 4:24-cv-01770-MWB**
                                        :    **Hon. Matthew W. Brann**
vs.                                     :
                                        :
INTEREST MEDIA, INC.,                   :
                                        :
    **Defendant**                       :
                                        :

**[PROPOSED ORDER GRANTING]**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

UPON CONSIDERATION of the Unopposed Motion for an Extension of the discovery and dispositive motion deadlines for good cause shown, it is hereby ORDERED this _____ day of _____, 2026 that the Unopposed Motion for Extension of Deadlines is hereby GRANTED. A revised Case Management Order will be separately issued by the Court.

_____
Mathew W. Brann
Chief United States District Judge