**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZACHARY FRIDLINE, | No. 4:24-CV-01770 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INTEREST MEDIA, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 30th day of April 2026, upon consideration of the motion for extension of discovery and other pretrial deadlines (Doc. 29), **IT IS HEREBY ORDERED** that the case management deadlines are amended as follows:

1. Discovery deadline: June 18, 2026

2. Dispositive motions deadline: August 20, 2026

3. This Order supersedes all previous scheduling Orders.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge