**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZACHARY FRIDLINE,** | : | |
| **Plaintiff** | : | **Case No. 4:24-cv-01770-MWB** |
| | : | **Hon. Matthew W. Brann** |
| **vs.** | : | |
| | : | |
| **INTEREST MEDIA, INC.,** | : | |
| **Defendant** | : | |

**[PROPOSED ORDER GRANTING]
PLAINTIFF'S MOTION FOR SANCTIONS**

AND NOW, this ____ day of _____, 2026, upon consideration of

Plaintiff's Motion for Sanctions, the Brief in Support thereof, and any response

thereto, and the Court having found that Defendant's counsel violated

Pennsylvania Rule of Professional Conduct 4.2 by communicating directly with the

represented Plaintiff about the subject of this litigation on May 19, 2026, as well as

Pennsylvania Rules of Professional Conduct 3.7, 4.1(a), 4.3, 8.4(c), and Local Rule

83.23.2, it is hereby ORDERED that the Motion is GRANTED as follows:

1.     William F. McDevitt, Esq. and the law firm of Wilson Elser

Moskowitz Edelman & Dicker LLP are DISQUALIFIED from further

representation of Defendant Interest Media, Inc. in this action. Defendant shall

cause substitute counsel to enter an appearance within twenty one (21) days of this

Order.

2.     Within fourteen (14) days of this Order, Mr. McDevitt and Wilson

Elser shall produce to Plaintiff's counsel all work product concerning Harold

1

Kurtz's alleged use or ownership of telephone number (570) xxx-xxxx, including all notes, memoranda, recordings, search results, and other materials related to or generated as a result of the May 19, 2026 communication with Plaintiff.

3.      Defendant is PROHIBITED from making any use in this litigation of information obtained as a result of the May 19, 2026 communication.

4.      Mr. McDevitt and Wilson Elser shall pay Plaintiff's reasonable attorneys' fees and costs associated with the Motion. Within fourteen (14) days of this Order, Plaintiff shall submit a fee petition with supporting documentation.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge

2