

## Communication to Client

11 messages

---

**Andrew Perrong** <a@perronglaw.com>
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

Tue, May 19, 2026 at 8:41 AM

Mr. McDevitt,

Can you please explain why you called my client today and left a voicemail on his voicemail?

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

---

**McDevitt, William F.** <William.McDevitt@wilsonelser.com>
To: Andrew Perrong <a@perronglaw.com>

Tue, May 19, 2026 at 8:47 AM

Andrew,

I called and left a message Harold Kurtz, per a Google search indicating that Mr. Kurtz was the owner of a landline

I requested billing and other information from your client in requests for production. Objections were made and nothing was produced. In light of the information in my possession I followed up to resolve an apparent factual conflict.

If your client has billing records and other information showing that he is and was the owner of this number, and that it is a cell phone and not a landline, I would certainly appreciate it.

Thanks for reaching out.

Sincerely,

Bill

William F. McDevitt
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Two Commerce Square, 2001 Market Street, Suite 3100
Philadelphia, PA 19103

215.606.3979 (Direct)
215.627.6900 (Main)
215.627.2665 (Fax)
william.mcdevitt@wilsonelser.com
pronouns: he, him, his

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, May 19, 2026 11:42 AM
**To:** McDevitt, William F. <William.McDevitt@wilsonelser.com>
**Subject:** Communication to Client

EXTERNAL EMAIL - This email originated from outside the organization.

[Quoted text hidden]

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

 **- Google Search - Kurtz.pdf**
186K

Andrew Perrong <a@perronglaw.com>
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

Tue, May 19, 2026 at 8:54 AM

Mr. McDevitt,

You and your predecessor counsel had full knowledge of the Plaintiff's phone number from the inception of this litigation. Your email appears to concede you had knowledge this is the Plaintiff's claim, namely, that the phone number is his. Please advise for some times that you are available this week for a Local Rule 7.1 meet and confer regarding a motion for sanctions we intend to file in this matter in accordance with the attached authority.

[Quoted text hidden]
> [Quoted text hidden]
>
>
> IMPORTANT NOTICE: Beware of Cyber Fraud.
> You should NEVER wire money to any bank account that Wilson Elser
> Moskowitz Edelman & Dicker LLP provides to you either in the body
> of this or any email or in an attachment without first speaking
> with the attorney in our office who is handling your transaction.
> Further, DO NOT accept emailed wire instructions from anyone else
> without voice verification. Even if an email looks like it has come
> from this office or someone involved in your transaction,
> CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
> to verify the information before wiring any money.
> Failure to do so is at your own risk.
> Be particularly wary of any request to change wire instructions
> you have already received.
>
> CONFIDENTIALITY NOTICE: This electronic message is intended to be
> viewed only by the individual or entity to whom it is addressed.
> It may contain information that is privileged, confidential and
> exempt from disclosure under applicable law. Any dissemination,
> distribution or copying of this communication is strictly prohibited
> without our prior permission. If the reader of this message is not
> the intended recipient, or the employee or agent responsible for
> delivering the message to the intended recipient, or if you have
> received this communication in error, please notify us immediately by
> return e-mail and delete the original message and any copies of it
> from your computer system.
>
> For further information about Wilson, Elser, Moskowitz, Edelman &
> Dicker LLP, please see our website at www.wilsonelser.com or refer to
> any of our offices.
>
> Thank you.

 **Moore v Club Exploria LLC.pdf**
252K

---

**McDevitt, William F.** <William.McDevitt@wilsonelser.com>                    Tue, May 19, 2026 at 8:59 AM
To: Andrew Perrong <a@perronglaw.com>

Andrew,

I will need to consult with counsel here before I provide availability dates.

Are we still proceeding with the deposition next week? That will affect my availability.

[Quoted text hidden]
[Quoted text hidden]

**Andrew Perrong** <a@perronglaw.com>                                          Tue, May 19, 2026 at 9:02 AM
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

We still intend to proceed with the depositions (I was going to confirm with my client on his dates as he needs to take off, but this has thrown a wrench into the works).
And the availability is only for a Local Rule 7.1 conference on the sanctions motion we will be filing, which I presume you will oppose.

On Tue, May 19, 2026 at 11:59 AM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

> Andrew,
>
> I will need to consult with counsel here before I provide availability dates.
>
> Are we still proceeding with the deposition next week? That will affect my availability.
>
> Bill
>
> William F. McDevitt
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> Two Commerce Square, 2001 Market Street, Suite 3100
> Philadelphia, PA 19103
> 215.606.3979 (Direct)
> 215.627.6900 (Main)
> 215.627.2665 (Fax)
> william.mcdevitt@wilsonelser.com
> pronouns: he, him, his
>
> ---
>
> **From:** Andrew Perrong <a@perronglaw.com>
> **Sent:** Tuesday, May 19, 2026 11:54 AM
> **To:** McDevitt, William F. <William.McDevitt@wilsonelser.com>
> **Subject:** Re: Communication to Client
>
> > EXTERNAL EMAIL - This email originated from outside the organization.
>
> Mr. McDevitt,
>
> You and your predecessor counsel had full knowledge of the Plaintiff's phone number from the inception of this litigation. Your email appears to concede you had knowledge this is the Plaintiff's claim, namely, that the phone

number is his. Please advise for some times that you are available this week for a Local Rule 7.1 meet and confer regarding a motion for sanctions we intend to file in this matter in accordance with the attached authority.

On Tue, May 19, 2026 at 11:47 AM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

**McDevitt, William F.** <William.McDevitt@wilsonelser.com>                Tue, May 19, 2026 at 9:06 AM
To: Andrew Perrong <a@perronglaw.com>

My notes have my clients on 5/27 and yours on 5/28 – kindly confirm and send notices. I will send my notice shortly for 5/28.

[Quoted text hidden]
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                Tue, May 19, 2026 at 9:23 AM
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

Confirm. We will send notices by COB tomorrow.

On Tue, May 19, 2026 at 12:06 PM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

My notes have my clients on 5/27 and yours on 5/28 – kindly confirm and send notices. I will send my notice shortly for 5/28.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, May 19, 2026 12:02 PM
**To:** McDevitt, William F. <William.McDevitt@wilsonelser.com>
**Subject:** Re: Communication to Client

EXTERNAL EMAIL - This email originated from outside the organization.

We still intend to proceed with the depositions (I was going to confirm with my client on his dates as he needs to take off, but this has thrown a wrench into the works).

And the availability is only for a Local Rule 7.1 conference on the sanctions motion we will be filing, which I presume you will oppose.

On Tue, May 19, 2026 at 11:59 AM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

**McDevitt, William F.** <William.McDevitt@wilsonelser.com>                Tue, May 19, 2026 at 1:33 PM
To: Andrew Perrong <a@perronglaw.com>

Andrew,

I can meet and confer with you Friday May 22 between 11-4; Monday May 25 (holiday) between 9-2; or Tuesday, May 26 between 10-12. Please let me know which date and time work best for you.

[Quoted text hidden]
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                   Tue, May 19, 2026 at 7:09 PM
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

I am available the 22nd at 3:30 Eastern, let's schedule for then. Thanks.

On Tue, May 19, 2026 at 4:33 PM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

Andrew,

I can meet and confer with you Friday May 22 between 11-4; Monday May 25 (holiday) between 9-2; or Tuesday, May 26 between 10-12. Please let me know which date and time work best for you.

Sincerely,

Bill

William F. McDevitt
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
Two Commerce Square, 2001 Market Street, Suite 3100
Philadelphia, PA 19103
215.606.3979 (Direct)
215.627.6900 (Main)
215.627.2665 (Fax)
william.mcdevitt@wilsonelser.com
pronouns: he, him, his

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, May 19, 2026 12:23 PM
**To:** McDevitt, William F. <William.McDevitt@wilsonelser.com>
**Subject:** Re: Communication to Client

EXTERNAL EMAIL - This email originated from outside the organization.

Confirm. We will send notices by COB tomorrow.

On Tue, May 19, 2026 at 12:06 PM McDevitt, William F. <William.McDevitt@wilsonelser.com> wrote:

[Quoted text hidden]
[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                      Thu, May 21, 2026 at 7:24 PM
To: "McDevitt, William F." <William.McDevitt@wilsonelser.com>

I just didn't hear from you and wanted to confirm that we were planning to be on Tomorrow at 3:30
[Quoted text hidden]

---

**McDevitt, William F.** <William.McDevitt@wilsonelser.com>                 Fri, May 22, 2026 at 3:48 AM
To: Andrew Perrong <a@perronglaw.com>

Andrew,

Apologies, I thought I had replied. Today at 3:30, please. Phone is fine.

Bill

Get Outlook for iOS

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, May 21, 2026 10:24:21 PM
[Quoted text hidden]

[Quoted text hidden]