## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZACHARY FRIDLINE,                    :
    **Plaintiff**                        :    **Case No. 4:24-cv-01770-MWB**
                                       :    **Hon. Matthew W. Brann**
vs.                                  :
                                       :
INTEREST MEDIA, INC.,                :
    **Defendant**                        :
                                       :

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Zachary Fridline and Interest Media, Inc., by and through counsel, respectfully notify the Court pursuant to Fed. R. Civ. P. 41 that the Parties have reached a settlement in principle. The Parties are currently finalizing the written settlement agreement and anticipate filing dismissal papers within 60 days. The Parties respectfully requests that all pending deadlines and hearings be vacated.

Dated: June 28, 2026                    Respectfully submitted,

                                      PERRONG LAW LLC

                                      s/Andrew Roman Perrong
                                      Andrew Roman Perrong
                                      a@perronglaw.com
                                      2657 Mount Carmel Avenue
                                      Glenside, Pennsylvania 19038
                                      Phone: (215) 225-5529

                                      *Attorney for Plaintiff*